LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CYRUS HOWE, | Case No.: 1:11-cv-00415-DAE-KSC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| CRESTWOOD MANAGEMENT, LLC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

CYRUS HOWE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses the above entitled matter with prejudice.

Respectfully Submitted,

DATED: January 24, 2012             KROHN & MOSS, LTD.

By: /s/ Leslie K. Iczkovitz
Leslie K. Iczkovitz, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, I electronically filed the foregoing Notice of Voluntary with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Robert P. Crane

Attorney at Law &

Director of Legal Services

Crestwood Mgmt LLC

Direct: 440.484.2569

Fax: 440.484.2802

RCrane@CrestwoodManagement.com

                                    By:  /s/ Leslie K. Iczkovitz
                                        Leslie K. Iczkovitz, Esq.
                                        Attorney for Plaintiff